## (June 12, 1970)

■   In the Matter of PAUL A. FINO, JR., Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and ANDREW P. MANTOVANI, Appellant.— Order entered June 8, 1970 unanimously affirmed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.

■   In the Matter of AMOS S. BASEL et al., Appellants, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Respondents, and ERIC D. LIPETZ et al., Respondents.— Order entered on June 8, 1970, unanimously affirmed, without costs and without disbursements. Appellants are granted leave to appeal to the Court of Appeals. No opinion. Concur — Stevens, P. J., Eager, McGivern and McNally, JJ.

■   In the Matter of WILLIAM RODRIGUEZ et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and GLENDA FRIEDMAN, Respondent.— Order entered on June 5, 1970, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Eager, J. P., Capozzoli, Steuer and Tilzer, JJ.